SOUTHERN PACIFIC RAILROAD CO., Appellant, v. WHITE et al., Respondents.

No. 8532; January 2, 1883.

**Judgment by Default—Setting Aside—Discretion.**—An order setting aside a judgment by default will not be disturbed on appeal, unless there is a showing made of an abuse of discretion.

APPEAL from Superior Court, Los Angeles County.

Glassell & Smith for appellant; Brunson & Wells for respondents.

By the COURT.—In this case, which was ejectment, there was judgment by default for plaintiff against three defendants, who moved to set aside the judgment. The court granted the motion, on paying costs of motion and entry of judgment. From this order plaintiff appealed.

We have examined the affidavits on which the court set aside the judgment, and find no abuse of discretion which would warrant this court in interfering with the order vacating the judgment. This court only interferes with such orders when there is a manifest abuse of discretion.

Order affirmed.